**SPENCER L. SCHNEIDER, Esq.**

ATTORNEY AT LAW
70 Lafayette Street, New York, NY 10013
Ph: 212-233-7400, Fx: 212-233-9713
www.slsatty.com, sschneider@slsatty.com

January 22, 2008

<u>Merrill Lynch Business Financial Services Inc. v. Kentco N.Y. *et al.*</u>
<u>U.S. District Court, Eastern District of N.Y., 07 CV 4165 (FB) (RLM)</u>

Dear Judge Block:

      I represent plaintiff in the above-captioned matter and am pleased to inform Your Honor that this action has been settled. Therefore, the motion-appearance scheduled for Thursday, January 24, 2008, should be cancelled. I will submit a stipulation of discontinuance under separate cover.

      Respectfully,

      Spencer L. Schneider

The Honorable Frederic Block
  Senior United States District Judge
   United States District Court, Eastern District of NY
    225 Cadman Plaza East
     Brooklyn, New York 11201

By ECF

Copy, by email, to:
David J. Wolkenstein, Esq. – dwolkenstein@lgdh.com